Appellate Division, Fourth Department. May 28, 1907.) Action by William B. Mersereau against L. K. Hirsch Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

METCALF, Respondent, v. DIAMOND RUBBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by J. Henry Metcalf against the Diamond Rubber Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

METTLER et al., Respondents, v. WUNDERLICH, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Julia Mettler and another against Frederick W. Wunderlich. No opinion. Judgment affirmed, with costs.

METTLER et al., Respondents, v. WUNDERLICH, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Julia Mettler and another against Frederick W. Wunderlich. No opinion. Motion for reargument denied, with costs.

MICHIGAN BUGGY CO., Respondent, v. CAMDEN WAGON & SLEIGH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by the Michigan Buggy Company against the Camden Wagon & Sleigh Company.

PER CURIAM. Order affirmed, with costs. Held that, while the evidence specified in the order was competent, the order should be affirmed for other errors in the reception of evidence.

SPRING and KRUSE, JJ., dissent.

MIDDLEWORTH, Respondent, v. ORDWAY, Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Sarah Middleworth against Mary M. Ordway. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant, on payment of costs of this appeal, and in the judgment appealed from to withdraw demurrer and answer. See 102 N. Y. Supp. 1143.

MILLANG, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Charles Millang against Solon L. Frank. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re MILLER (two cases). (Supreme Court, Appellate Division, First Department. May 24, 1907.) In the matter of Pierre V. C. Miller. E. L. Blackman, for appellant. G. W. Harper, for appellee. No opinion. Orders affirmed with $10 costs and disbursements. Orders filed.

In re MILLER. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) In the matter of the application of Pierre V. C. Miller to set aside certain subpoenas served upon him in the suit of G. Himminghoffen v. Rosario Mining & Milling Company, an action pending in the district court of Tarrant county, Tex. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER v. HOOD et al. (two cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Abraham P. Miller against John G. Hood, impleaded. No opinion. Motions granted, with $10 costs in each case. Orders filed.

MILLER, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Carson Miller, as administrator, against the Union Railway Company. E. D. O'Brien, for appellant. L. E. Warren, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and HOUGHTON, JJ., dissent.

MINCH, Respondent, v. MAIL & EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Margaret Minch against the Mail & Express Company. C. R. Rose, for appellant. J. G. Pheil, for respondent.

PER CURIAM. Judgment affirmed with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

SCOTT and LAMBERT, JJ., dissent.

MINCH v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Mary Minch against the Mail & Express Company. No opinion. Motion granted, and question certified. Order filed.

MISKEND, Respondent, v. HYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Simon H. Miskend against Daniel W. Hyman. No opinion. Motion to dismiss appeal granted, with costs.

MISKEND, Respondent, v. HYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Simon H. Miskend against Ellis Hyman. No opinion. Motion to dismiss appeal granted, with costs.

MITTNACHT, Respondent, v. MITTNACHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Henrietta A. Mittnacht against Jacob A. Mittnacht, as substituted trustee, etc., and others. No opinion. Judgment affirmed, with costs.